# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY JAMES FIGUEROA,** | No. LA CV 17-02032-VBF-SK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| DAVID BAUGHMANN (Warden), | |
| Respondent. | |

Pursuant to this Court's Order Denying the Petition for a Writ of Habeas Corpus and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Jeremy James Figueroa.**

Dated: December 20, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE